Form 723[ODSM – Ch 13 NOD]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Rosa Maria Jimenez
            Debtor(s).

Case No. 19−26433 RKM
Chapter 13

## ORDER OF DISMISSAL

    Based on Debtor Rosa Maria Jimenez having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

    Debtor Rosa Maria Jimenez in the above−captioned case is dismissed without prejudice and, if there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083−1(i). Attorney's fees in an amount up to $2,500.00 are awarded less any pre−petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083−1(i); or

    If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: August 25, 2021

*R. Kimball Mosier*

United States Bankruptcy Judge

United States Bankruptcy Court
District of Utah

In re:  Case No. 19-26433-RKM
Rosa Maria Jimenez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 4
Date Rcvd: Aug 25, 2021     Form ID: f723     Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa Maria Jimenez, 108 W Angelo Ave, Salt Lake City, UT 84115-3722 |
| 11410065 | ++ | ASSOCIATES OF PATHOLOGY, 6112 S 1550 E, SUITE 3, SOUTH OGDEN UT 84405-5018 address filed with court:, Associates of Pathology, 6112 South 1550 East Suite #3, Ogden, UT 84405 |
| 11410062 | + | Aldous, Po Box 171374, Holladay, UT 84117-1374 |
| 11410064 | | Anatomic Path Associates, Inc., 5700 S. Southwyck Blvd., Toledo, OH 43614-1509 |
| 11410066 | | Attorney General for United States, 950 Pennsylvania Avenue, NW, Room 4400, Washington, DC 20530-0001 |
| 11410068 | + | Cc Coll Svc, 8860 W Sunset, Las Vegas, NV 89148-4898 |
| 11410071 | + | Compass Preschool & Child Care, 3343 E Bengal Blvd, Salt Lake City, UT 84121-5801 |
| 11410072 | + | Cr Bur Usa, 757 L St, Fresno, CA 93721-2904 |
| 11410076 | | EPIC, P.O. Bo 96398, Oklahoma City, OK 73143-6398 |
| 11410079 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 11410081 | | Granger Medical, Billing Office, PO Box 70658, Salt Lake City, UT 84170-0658 |
| 11415060 | + | Honor Finance Company C/O Westlake Portfolio Manag, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |
| 11410084 | + | Intermountain Central Laboratory, PO Box 410400, Salt Lake City, UT 84141-0400 |
| 11410085 | | Intermountain Health Care, Remittance Processing, PO Box 410400, Salt Lake City, UT 84141-0400 |
| 11410087 | + | J. Benson Miller, 3081 S State Street - 2nd Floor, Salt Lake City, UT 84115-3832 |
| 11410088 | ++ | KNIGHT ADJUSTMENT BUREAU, 5525 S 900 E STE 215, SALT LAKE CITY UT 84117-3500 address filed with court:, Jay V. Barney, 404 E. 4500 S., Suite A-34, Salt Lake City, UT 84107 |
| 11410092 | | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 11410091 | | Laboratory Corp., PO Box 2240, Burlington, NC 27216-2240 |
| 11410098 | | Mountain Star Medical Group, PO Box 198560, Atlanta, GA 30384-8560 |
| 11410099 | | Mountain West Medical Center, 2055 N Main St, Tooele, UT 84074-9819 |
| 11410102 | + | MountainStar Medical Group, PO Box 848, Brentwood, TN 37024-0848 |
| 11410103 | + | Murray City, 5025 S. State Street, Murray, UT 84107-4824 |
| 11410104 | + | NPAS, PO Box 99400, Louisville, KY 40269-0400 |
| 11410108 | + | PEHP, 560 East 300 South, Salt Lake City, UT 84102-4032 |
| 11437229 | + | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
| 11410111 | + | Smart Kids, 2271 W 6200 S, Salt Lake City, UT 84129-2047 |
| 11410112 | + | St. Mark's Hospital, PO Box 290429, Nashville, TN 37229-0429 |
| 11410114 | + | St. Marks Hospital, PO Box 290429, Nashville, TN 37229-0429 |
| 11410117 | + | Utah Pathology Service, 5121 South Cottonwood Street, Salt Lake City, UT 84107-5701 |
| 11410119 | + | Vasa Fitness, 7990 South 1300 East, Sandy, UT 84094-0744 |
| 11410120 | + | Wasatch Pediatrics, 6967 S River Gate Drive #100, Midvale, UT 84047-1575 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11410063 | + | Email/Text: e-bankruptcy@americafirst.com | Aug 25 2021 23:05:00 | America First Credit U, Po Box 9199, Ogden, UT 84409-0199 |
| 11467897 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:12:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 19-26433    Doc 51    Filed 08/27/21    Entered 08/27/21 22:22:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 1088-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: f723 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 11410067 | + EDI: CAPITALONE.COM | Aug 26 2021 03:08:00 | 29603-0587<br>Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 11416894 | EDI: CAPITALONE.COM | Aug 26 2021 03:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 11435172 | + Email/Text: bankruptcy@expressrecovery.com | Aug 25 2021 23:05:00 | Clear Management Solutions, PO Box 26415, Salt Lake City, UT 84126-0415 |
| 11410069 | + Email/Text: legal.filing@mycollectioncenter.com | Aug 25 2021 23:05:00 | Collection Center, Wy, Po Box 4000, Rawlins, WY 82301-0479 |
| 11410070 | EDI: COMCASTCBLCENT | Aug 26 2021 03:08:00 | Comcast, P.O. Box 34744, Seattle, WA 98124-1744 |
| 11410073 | + EDI: CCS.COM | Aug 26 2021 03:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 11410074 | + Email/Text: compliance@dontbebroke.com | Aug 25 2021 23:05:00 | Dollar Loan Center, 1789 West 7800 South, West Jordan, UT 84088-4017 |
| 11410075 | + Email/Text: bknotice@ercbpo.com | Aug 25 2021 23:05:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 11410077 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Aug 25 2021 23:12:29 | Exeter Finance Llc, Po Box 166097, Irving, TX 75016-6097 |
| 11410078 | + Email/Text: bankruptcy@expressrecovery.com | Aug 25 2021 23:05:00 | Express Recovery Svcs, Po Box 26415, Salt Lake City, UT 84126-0415 |
| 11410080 | + EDI: AMINFOFP.COM | Aug 26 2021 03:08:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 11410083 | + EDI: IIC9.COM | Aug 26 2021 03:13:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 11410086 | EDI: IRS.COM | Aug 26 2021 03:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11410089 | + Email/Text: bureauknight@yahoo.com | Aug 25 2021 23:05:00 | Knight Adjustment Bure, 5525 S 900 E Ste 215, Salt Lake City, UT 84117-3500 |
| 11410090 | + Email/Text: bureauknight@yahoo.com | Aug 25 2021 23:05:00 | Knight Adjustment Bureau, 5525 South 900 East, Suite 215, Salt Lake City, UT 84117-3500 |
| 11410094 | + EDI: PARALONMEDCREDT | Aug 26 2021 03:13:00 | Medicredit, Inc, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 11410096 | Email/Text: lisa.lund@abeo.com | Aug 25 2021 23:05:00 | Millcreek Anesthesia, PC, PO Box 3690, Salt Lake City, UT 84110-3690 |
| 11410100 | + Email/Text: wendy@mountainlandcollections.com | Aug 25 2021 23:05:00 | Mountainland Collection, P.O. Box 1280, 483 W 50 N, American Fork, UT 84003-2265 |
| 11410101 | Email/Text: wendy@mountainlandcollections.com | Aug 25 2021 23:05:00 | Mountainland Collections, P.O. Box 1280, American Fork, UT 84003-6280 |
| 11410107 | Email/Text: smgutahbankruptcycourt@steward.org | Aug 25 2021 23:04:25 | Pediatrix Medical Group, 1600 W Antelope Dr, Layton, UT 84041 |
| 11410105 | Email/Text: melissa.warren@abeo.com | Aug 25 2021 23:05:00 | Pediatric Anesthesiologists, PO Box 3870, Salt Lake City, UT 84110-3870 |
| 11443922 | + EDI: JEFFERSONCAP.COM | Aug 26 2021 03:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 11410109 | + Email/Text: wendy@mountainlandcollections.com | Aug 25 2021 23:05:00 | Quinn M. Kofford, 43 North 470 West, American Fork, UT 84003-2267 |
| 11410110 | + Email/Text: info@scacollections.com | Aug 25 2021 23:05:00 | Sca Collections Greenv, 300 E Arlington Bd, Greenville, NC 27858-5043 |

Case 19-26433 Doc 51 Filed 08/27/21 Entered 08/27/21 22:22:20 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 1088-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: f723 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 11413098 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 23:12:30 | St Marks Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 11410113 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 25 2021 23:12:32 | St. Marks, 1200 East 3900 South, Salt Lake City, UT 84124-1300 |
| 11418825 | | EDI: AIS.COM | Aug 26 2021 03:13:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 11410115 | + | Email/Text: bknotices@lac77.com | Aug 25 2021 23:05:00 | Titanium Funds LLC, 3081 S. State St.-2nd Floor, South Salt Lake City, UT 84115-3832 |
| 11410116 | + | Email/Text: collections@healthcare.utah.edu | Aug 25 2021 23:05:00 | University of Utah Health Care, Attorney General's Office, P.O. Box 413064, Salt Lake City, UT 84141-3064 |
| 11410118 | | EDI: UTAHTAXCOMM.COM | Aug 26 2021 03:08:00 | Utah State Tax Commission, Attn: Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-3340 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11410082 | | Honor Fin, 1731 Central, RETURNED MAIL--99999 |
| 11410095 | | Menlove Auto LLC, 420 N Reedwood Rd Unit F, RETURNED MAIL--99999 |
| 11410097 | | Mountain Star Medical Group, 3 Maryland Farms Suite 250, RETURNED MAIL--99999 |
| 11410106 | | Pediatric Anesthesiologists, 1954 Fort Union Blvd Ste 11, RETURNED MAIL--99999 |
| cr | *+ | Recoup Asset Management LLC, 4850 Harrison Blvd STE 1, Ogden, UT 84403-4389 |
| 11410061 | ##+ | Affordable Title Loans, 60 W 3300 S, Salt Lake City, UT 84115-3772 |
| 11410093 | ##+ | Liberty Mutual, PO Box 970 Mishawako, Mishawaka, IN 46546-0970 |

TOTAL: 4 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021                    Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abraham O. Smoot, VII | on behalf of Creditor Recoup Asset Management LLC aosvii@gmail.com recoupassetmanagement@gmail.com |
| Brian S. Wurtz | on behalf of Debtor Rosa Maria Jimenez brian@beehivelaw.com ecfbeehivelegal@gmail.com;sally@beehivelaw.com;bryan@beehivelaw.com;wurtzbr72417@notify.bestcase.com |
| Lon Jenkins tr | |

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 25, 2021 | Form ID: f723 | Total Noticed: 63 |

ecfmail@ch13ut.org  lneebling@ch13ut.org

United States Trustee

USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 4